IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CARL J. TATE**     **PLAINTIFF**
**ADC #105109**

**v.**     **CASE NO. 4:19-CV-00390 BSM-PSH**

**CYNTHIA T. NELSON, et al.**     **DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge Patricia S. Harris's findings and partial recommendation [Doc. No. 25] are adopted, and Rory Griffin's motion to dismiss [Doc. No. 14] is denied.

IT IS SO ORDERED this 18th day of September 2019.

_____
UNITED STATES DISTRICT JUDGE