# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARL J. TATE**                                                                               **PLAINTIFF**
**ADC #105109**

**v.**                   **CASE NO. 4:19-CV-00390-BSM**

**CYNTHIA T. NELSON,** *et al.*                                                   **DEFENDANTS**

## ORDER

After careful review, United States Magistrate Judge Patricia Harris's recommended disposition [Doc. No. 57] is adopted. Defendants' motions for summary judgment [Doc. Nos. 38, 42] are granted and this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE