IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARL J. TATE**  **PLAINTIFF**
**ADC #105109**

**v.**  **CASE NO. 4:19-CV-00390-BSM**

**CYNTHIA T. NELSON,** *et al.*  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE